petitioner in No. 946. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States. Reported below: 146 F. 2d 524.

No. 841. SPURLOCK *v.* STEER. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied on the ground that the cause is moot. *Mr. F. M. Brooks* for petitioner. *Solicitor General Fahy, Assistant Attorney General Wechsler* and *Mr. John L. Burling* for respondent.

No. 719. POTTS *v.* POTTS. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Joseph Arthur Edge* for petitioner.

No. 761. GALLAGHER *v.* RAGEN, WARDEN. April 2, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Charles Liebman* for petitioner. *George F. Barrett*, Attorney General, and *William C. Wines*, Assistant Attorney General, for respondent.

No. 809. McCOY *v.* PESCOR, WARDEN. April 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Jack A. McCoy, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Miss Beatrice Rosenberg* and *Mrs. Mayte B. Greene* for respondent.

No. 951. ANDERSON *v.* LOUISIANA. April 2, 1945. Petition for writ of certiorari to the Supreme Court of Lou-